O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL MALDONADO, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>FAIRFAX PROPERTIES,<br><br>        Defendant. | Case No. EDCV 11-00712 VAP (SPx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE AND DENYING PLAINTIFFS' MOTION TO DISMISS (DOC. NO. 52) AS MOOT** |

    On May 1, 2012, the Court granted Defendant's Motion for Judgment on the Pleadings (Doc. No. 50), dismissing without leave to amend three of the four claims brought against Defendant by pro se Plaintiffs Miguel and Guadalupe Maldonado. The Court granted Plaintiffs until May 7 to file an amended complaint, correcting the deficiencies in their remaining claim (to quiet title). Rather than filing an amended complaint, Plaintiffs filed a Motion to Dismiss (Doc. No. 52) and an "Affidavit of Truth" (Doc. No. 53); based on its contents, the Court construed the latter as a Motion to Disqualify. On May

1, 2012, before another judge of this Court resolved the Motion to Disqualify, Plaintiffs filed an untimely appeal (see Not. of Appeal (Doc. No. 57)), divesting the Court of jurisdiction over this case.

   On May 16, 2012, Chief Judge Collins denied Plaintiffs' Motion to Disqualify (see Doc. No. 56); on June 14, 2012, the Ninth Circuit Court of Appeals dismissed Plaintiffs' appeal (see Doc. No. 63). Accordingly, this Court may now rule on the matters pending properly before it.  Plaintiffs failed to file a timely amended complaint; per the Court's May 1, 2012, Minute Order, Plaintiffs' claim to quiet title is now DISMISSED WITHOUT LEAVE TO AMEND.  As all Plaintiffs' claims are now dismissed without leave to amend, the Court DISMISSES this action, WITH PREJUDICE.  Plaintiffs' pending Motion to Dismiss is DENIED as moot.

Dated:  June 20, 2012

*/s/ Virginia A. Phillips*
VIRGINIA A. PHILLIPS
United States District Judge