JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL MALDONADO, et al. | Case No. EDCV 11-00712 VAP (SPx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| FAIRFAX PROPERTIES, | |
| Defendant. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

Dated: June 20, 2012

_____
VIRGINIA A. PHILLIPS
United States District Judge